## Glass *v.* Schreckengost, Appellant.

Submitted June 14, 1971. *C. Dean Francis,* for appellant; *Richard W. Spivak,* for appellee.

Order affirmed.

## Grace Building Co., Inc. *v.* County Line Development Corp., Appellant.
## County Line Development Corp. Appeal.

Argued June 14, 1971. *Alan E. Boroff,* with him *Wisler, Pearlstine, Talone & Gerber,* for appellant; *Alfred O. Breinig, Jr.,* for appellee.

Order affirmed.

## Hamilton *v.* Thornton, Appellant.

Argued June 14, 1971. *Edwin L. Scherlis,* with him *Frank and Margolis,* for appellant; *Arnold M. Snyder,* with him *Snyder and Snyder,* for appellee.

Order affirmed.